IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:14-cr-176** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSE JUAN ALBERTORIO-GARCIA** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 16th day of February, 2017, **IT IS HEREBY ORDERED** that the motion for return of property (Doc. 106) is **DENIED**. The clerk of court shall close this file.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge