IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:14-cr-176 |
| | : | |
| v. | : | |
| | : | |
| **JOSE ALBERTORIO-GARCIA** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 12th day of June, 2018, **IT IS HEREBY ORDERED** that the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2255 is **DENIED**. Albertorio-Garcia has failed to demonstrate that counsel's representation fell below an objective standard of reasonableness. The court declines to issue a certificate of appealability for the reasons set forth in the accompanying memorandum and any appeal taken from this order is deemed frivolous and not taken in good faith.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge